83

DOVE, J.

MARINE DRIVE MEDICAL GROUP, LTD., Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed July 9, 1970.*

MARINE DRIVE MEDICAL GROUP, LTD., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

HOLDERMAN, J.

THE CHICAGO SCHOOL FOR RETARDED CHILDREN, Claimant, vs. STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed July 9, 1970.*

THE CHICAGO SCHOOL FOR RETARDED CHILDREN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.